

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-14-00565-CR

Rodolfo **MARTINEZ-SALINAS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2009-CRP-000403-D1
Honorable Elma T. Salinas-Ender, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED November 4, 2015.

_____
Jason Pulliam, Justice